UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RANDY WILLIAMS,

                Petitioner,

-against-

WILLIAM E. PHILLIPS, Superintendent,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
02-CV- 5882 (SJ)

      A Memorandum and Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on May 3, 2005, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated June 28, 2004; dismissing the petition for a writ of habeas corpus as untimely; ordering that a Certificate of Appealability will not issue; and Certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted in its entirety; that the petition for a writ of habeas corpus is dismissed as untimely; that a Certificate of Appealability will not issue; and that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith.

Dated: Brooklyn, New York
       May 04, 2005

                                              ROBERT C. HEINEAMNN
                                              Clerk of Court